**Motions Granted; Order filed April 4, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01078-CV
_____

### LEONCIO ESPAILLAT AKA LEONARDO ESTRELLA AKA FRANKLIN BRUGAL, Appellant

### V.

### MICHAEL WEST, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF FLOYD WILSON, Appellee

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-48389**

## O R D E R

On March 15, 2013, appellant filed a motion for partial dismissal of his appeal with respect to one parcel of real property. No clerk's record has been filed in this appeal. In the absence of the clerk's record, the court lacked sufficient information to grant the relief requested. On March 26, 2013, appellee filed a motion requesting an expedited ruling on appellant's motion due to a scheduled

foreclosure of the subject property. With the motion, appellee included copies of the trial court's orders and judgment in this case, which provide sufficient information on which to base a ruling on appellant's motion. Accordingly, we **GRANT** appellee's motion for an expedited decision, and issue the following order:

The court has considered appellant's unopposed motion to partially dismiss the appeal from the orders granting summary judgment in favor of Michael West, Individually and as Executor of the Estate of Floyd Wilson, signed by the trial court on April 23, 2012, and October 11, 2012, and made final by a judgment signed October 26, 2012. The parties agree that this portion of the judgment on appeal is severable and severance will not prejudice the parties. *See* Tex. R. App P. 42.1(b). We **GRANT** appellant's motion to partially dismiss his appeal with prejudice, and **ORDER** that appellant's claims in this appeal are severed and **DISMISSED WITH PREJUDICE** with respect to the following property known as 1212 E. 28th Street, Houston, Texas, and more fully described as:

> Lots 5, 6, and 7, Block 7, of SUNSET HEIGHTS, EXTENSION NO.
> TWO (2), an addition in Harris County, Texas, according to the map
> or plat thereof recorded in Volume 572, Page 69, of the Deed Records
> of Harris County, Texas.

The remainder of the appeal remains pending before this court. Appellant requested a final extension to pay the appellate filing fee and for the clerk's record. We grant the extension to **April 15, 2013**, pursuant to the court's March 28, 2013 order requiring payment of the appellate filing fee and for the clerk's record.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Frost and Boyce.

2